IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Henderson, Michael L

Printed: 5/6/08

Case Number: 07 B 10626
Judge: Hollis, Pamela S

Filed: 6/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 24, 2008
Confirmed: October 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,940.00 |  |
| Secured: |  | 1,356.98 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,424.26 |
| Trustee Fee: |  | 158.76 |
| Other Funds: |  | 0.00 |
| Totals: | 2,940.00 | 2,940.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Dennis G Knipp | Administrative | 2,000.00 | 1,424.26 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Toyota Motor Credit Corporatio | Secured | 8,982.00 | 1,295.48 |
| 4. | Cook County Treasurer | Secured | 1,843.63 | 61.50 |
| 5. | Citi Residential Lending Inc | Secured | 24,522.71 | 0.00 |
| 6. | Capital One | Unsecured | 1,113.29 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 295.38 | 0.00 |
| 8. | Capital One | Unsecured | 1,887.84 | 0.00 |
| 9. | Holy Family Medical Center | Unsecured | 2,548.85 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 339.69 | 0.00 |
| 11. | Miner State Bank | Secured | | No Claim Filed |
| 12. | Direct Tv | Unsecured | | No Claim Filed |
| 13. | David Altman MD | Unsecured | | No Claim Filed |
| 14. | ENH Medical Group | Unsecured | | No Claim Filed |
| 15. | Evanston Northwestern Healthcare | Unsecured | | No Claim Filed |
| 16. | GCNS Tat-Kin Tsang MD | Unsecured | | No Claim Filed |
| 17. | Gastroenterolgists | Unsecured | | No Claim Filed |
| 18. | Carmel Financial Corp | Unsecured | | No Claim Filed |
| 19. | SBC | Unsecured | | No Claim Filed |
| 20. | Illinois Bone & Joint Institute | Unsecured | | No Claim Filed |
| 21. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 43,533.39 | $ 2,781.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Henderson, Michael L

Printed:  5/6/08

Case Number:  07 B 10626
Judge:  Hollis, Pamela S
Filed:  6/14/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 158.76 |
|  | _____ |
|  | $ 158.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

